IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 09-cv-00126-PAB-MJW

HARVEY M. HARGER,

Plaintiff,

v.

ED SCHAFER, Secretary,
United States Department of Agriculture,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Pro Se "Plaintiff Request for Time and Date of Final Pretrial Conference [sic] (docket no. 74) is GRANTED. The Final Pretrial Conference is set on June 10, 2010 at 9:30 a.m. before Magistrate Judge Watanabe. *See* docket no. 69. The parties shall file their proposed Final Pretrial Order with the court on or before June 3, 2010.

Date: May 13, 2010