IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00126-PAB-MJW

HARVEY M. HARGER,

    Plaintiff,

v.

TOM VILSACK,

    Defendant.
_____

**ORDER SETTING CASE FOR TRIAL**
_____

    This matter has been scheduled for a four-day trial to the Court on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **March 14, 2011 at 8:00 a.m.**

    A Trial Preparation Conference is set for **February 18, 2011 at 2:30 pm.** Lead counsel who will try the case shall attend in person.

    **Seven days** before the trial preparation conference, the parties shall file via CM/ECF their witness lists and their exhibit lists. Forms of the witness and exhibit lists are found at http://www.cod.uscourts.gov/Judges/Judges.aspx. Please add at least ten additional blank rows at the end of the exhibit list to accommodate any additional exhibits that may be introduced at trial.

    The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1) sequestration of witnesses;

2) timing of presentation of witnesses and evidence;

3) anticipated evidentiary issues;

4) any stipulations as to fact; and

5) any other issue affecting the duration or course of the trial.

DATED August 20, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge