IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00126-PAB-MJW

HARVEY M. HARGER,

Plaintiff(s),

v.

TOM VILSACK, Secretary,
United States Department of Agriculture, Washington, D. C.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Pro Se Plaintiff's Motion for Re-Consideration - Motion to Reset Dates in Scheduling Order (Docket No. 91) is **DENIED**.

"The Federal Rules of Civil Procedure recognize no motion for reconsideration." Hawkins v. Evans, 64 F.3d 543, 546 (10th Cir. 1995) (quotation and internal quotation marks omitted). "Notwithstanding the court's broad discretion to alter its interlocutory orders, the motion to reconsider 'is not at the disposal of parties who want to rehash old arguments.'" National. Bus. Brokers, Ltd. v. Jim Williamson Productions, Inc., 115 F. Supp.2d 1250, 1256 (D. Colo. 2000)) . "Rather, as a practical matter, '[t]o succeed in a motion to reconsider, a party must set forth facts or law of a strongly convincing nature to induce the court to reverse its prior decision.'" Id. (quotation omitted). "A motion to reconsider . . . should be denied unless it clearly demonstrates manifest error of law or fact or presents newly discovered evidence." Id. Here, plaintiff's motion for reconsideration does not set forth any manifest error of law or fact or present newly discovered evidence. There is no compelling reason to reconsider this court's previous rulings contained in Docket No. 90.

Date: December 28, 2010